1068

as *amici curiae* granted. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.

No. 95–829. PLANNING RESEARCH CORP., INC. *v.* UNITED STATES EX REL. SCHWEDT. C. A. D. C. Cir. Motion of National Security Industrial Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 95–5913. BROWN *v.* UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to file amended petition for writ of certiorari denied. Certiorari denied.

No. 95–6542. NICHOLS *v.* McELVEEN ET AL. C. A. 5th Cir. Motion of petitioner to amend petition for writ of certiorari denied. Certiorari denied.

No. 95–6903. BRANCH *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner to amend petition for writ of certiorari denied. Certiorari denied.

No. 95–6460 (A–517). FANTA *v.* CITY OF SEATTLE ET AL. C. A. 9th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied. Certiorari denied.

No. 94–9219. GOLDWITZ *v.* CHAUVIN INTERNATIONAL LTD., *ante*, p. 828;
No. 94–9341. GLOVER *v.* LEONARDO, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY, *ante*, p. 831;
No. 94–9740. SCEIFERS *v.* TRIGG, SUPERINTENDENT, INDIANA YOUTH CENTER, *ante*, p. 853;
No. 95–367. KELES *v.* NEW YORK UNIVERSITY ET AL., *ante*, p. 943;
No. 95–517. TOURON *v.* METROPOLITAN DADE COUNTY ET AL., *ante*, p. 945;
No. 95–558. THOMPSON *v.* UNITED STATES ET AL., *ante*, p. 976;
No. 95–5235. JOHNSON *v.* COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 884;

No. 95–5427.  MALLORY *v.* GILMORE ET AL., *ante,* p. 895;

No. 95–5496.  JENKINS *v.* MAQUEEN ET AL., *ante,* p. 919;

No. 95–5537.  BINNICK *v.* LANCASTER COUNTY PERSONNEL BOARD ET AL., *ante,* p. 920;

No. 95–5605.  BRANNSON *v.* ELY, JUDGE, CIRCUIT COURT OF MISSOURI, JACKSON COUNTY, ET AL., *ante,* p. 933;

No. 95–5701.  TSIMBIDAROS *v.* DEPARTMENT OF JUSTICE ET AL., *ante,* p. 922;

No. 95–5763.  LAZO *v.* UNITED STATES, *ante,* p. 923;

No. 95–5780.  MCADAMS *v.* OHIO, *ante,* p. 948;

No. 95–5804.  FELDER *v.* MONTAGUE, CLERK, UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT, *ante,* p. 965;

No. 95–5851.  YURTIS *v.* PHIPPS, *ante,* p. 965;

No. 95–5889.  BALLARD *v.* HOLLAND, WARDEN, *ante,* p. 966;

No. 95–5897.  PENRY *v.* TEXAS, *ante,* p. 977;

No. 95–5934.  KELLEY *v.* MARYLAND ET AL., *ante,* p. 977;

No. 95–5945.  JENKINS *v.* KANSAS ET AL., *ante,* p. 977;

No. 95–5974.  VINCENT *v.* C & P TELEPHONE CO. ET AL., *ante,* p. 978;

No. 95–5986.  REEMSNYDER *v.* OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION ET AL., *ante,* p. 967;

No. 95–6014.  JENKINS *v.* BURTZLOFF ET AL., *ante,* p. 979;

No. 95–6032.  GUPMAN ET UX. *v.* AGRIBANK, FCB, ET AL., *ante,* p. 979;

No. 95–6037.  SHAFER *v.* CITY AND COUNTY OF DENVER, *ante,* p. 979;

No. 95–6048.  IN RE LAND, *ante,* p. 929;

No. 95–6079.  IN RE SMITH, *ante,* p. 973;

No. 95–6114.  RICHARDS *v.* WOODS, DIRECTOR OF CLASSIFICATION, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 968;

No. 95–6159.  SPEARMAN *v.* MORALES, ATTORNEY GENERAL OF TEXAS, ET AL., *ante,* p. 995;

No. 95–6213.  CROSS *v.* UNITED STATES, *ante,* p. 955; and

No. 95–6392.  IN RE CAMYN, *ante,* p. 963.  Petitions for rehearing denied.

No. 94–8024.  YOUNG *v.* SHILAOS ET AL., 514 U. S. 1053.  Motion for leave to file petition for rehearing denied.